UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven A. Swan

    v.                             Case No. 06-cv-088-SM

Thomas P. Colantuono,
William E. Morse,
James W. Chapman, Jr.,
Roberta Keenan,
Donald Feith,
Paul J. Barbadoro,
and Unspecified Defendants

**O R D E R**

All of the judges in this district were recused from presiding over this case. Accordingly, the case was transferred to the District of Rhode Island.

The recusal of all of the judges on this court gives rise to an "emergency" with respect to the transferred case as that term is used in 28 U.S.C. § 636(f). I therefore concur in the assignment of a Magistrate Judge from the transferee district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

March 13, 2006

cc:   Steven A. Swan, *pro se*
       Clerk, USDC, Rhode Island

## **Concurring Order**

    I concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge _____ is assigned to perform such duties under 28 U.S.C. § 636(a)-(c) as may be assigned to him by the District Judge to whom this case is assigned.

_____
Chief Judge, Assignee District

Date:_____

cc:  Steven A. Swan, *pro se*
      Clerk, USDC, Rhode Island