UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Steven A. Swan

    v.                                          Case No. 06-cv-088-SM

Thomas P. Colantuono,
William E. Morse,
James W. Chapman, Jr.,
Roberta Keenan,
Donald Feith,
Paul J. Barbadoro,
and Unspecified Defendants


### TRANSFER ORDER

All of the judges in this District are recused from presiding over this case. Accordingly, the case shall be transferred to the District of Rhode Island.

**SO ORDERED.**

_____
Steven J. McAuliffe
Chief Judge

March 13, 2006

cc:   Steven A. Swan, pro se
      Clerk, USDC, Rhode Island