UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Steven A. Swan</u>

    v.                                    Case No. 06-cv-088-SM

<u>Thomas P. Colantuono,</u>
<u>William E. Morse,</u>
<u>James W. Chapman, Jr.,</u>
<u>Roberta Keenan,</u>
<u>Donald Feith,</u>
<u>Paul J. Barbadoro,</u>
<u>and Unspecified Defendants</u>

**RECUSAL ORDER**

    I hereby recuse myself from this case.

**SO ORDERED.**

March 10, 2006                     _____
                                    Steven J. McAuliffe
                                    Chief Judge

March 13, 2006                     _____
                                    Joseph A. DiClerico, Jr.
                                    United States District Judge

March 10, 2006                     /s/Paul Barbadoro
                                    Paul Barbadoro
                                    United States District Judge

March 10, 2006                     _____
                                    James R. Muirhead
                                    United States Magistrate Judge

cc:   Steven A. Swan, pro se
       Clerk, USDC, Rhode Island