UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Steven A. Swan

    v.                                          Case No. 06-cv-088-SM

Thomas P. Colantuono,
William E. Morse,
James W. Chapman, Jr.,
Roberta Keenan,
Donald Feith,
Paul J. Barbadoro,
and Unspecified Defendants

**RECUSAL ORDER**

I hereby recuse myself from this case.

**SO ORDERED.**

March 10, 2006                           _____
                                              Steven J. McAuliffe
                                              Chief Judge

March 13, 2006                           _____
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

March 10, 2006                           /s/Paul Barbadoro
                                              Paul Barbadoro
                                              United States District Judge

March 10, 2006                           _____
                                              James R. Muirhead
                                              United States Magistrate Judge

cc:    Steven A. Swan, pro se
        Clerk, USDC, Rhode Island