UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

STEVEN A. SWAN

                v.            NH CA No. 06-88-SM
                                    RI CA No. 06-19-T

THOMAS P. COLANTUONO,
WILLIAM E. MORSE, JAMES W.
CHAPMAN, ROBERTA KEENAN,
DONALD FEITH AND PAUL
BARBADORO

## ORDER OF DISMISSAL

Plaintiff's complaint is hereby dismissed.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: June 7, 2006